

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00051-CV

IN RE ERNESTO CALDERON

ORIGINAL PROCEEDING

April 23, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

On February 25, 2014, relator Ernesto Calderon filed a petition for writ of mandamus. By letter of February 26, 2014, we notified relator the required filing fee remained unpaid and explained the proceeding would be subject to dismissal unless the filing fee was paid by March 12, 2014. *See* TEX. R. APP. P. 5, 20.1, 42.3(c). Relator did not respond. By letter of March 27, 2014, we notified relator that unless the filing fee was paid or an affidavit of indigence filed by April 7, 2014, his petition would be dismissed without further notice. Relator again made no response. Accordingly, relator's petition is dismissed. *See* TEX. R. APP. P. 5, 42.3(c).

James T. Campbell
Justice